UNITES STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **Frank VanArsdall** ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Cause:  15-cv-749 |
| ) | |
| **Carrington Mortgage Services, LLC** ) | |
| *Defendant* ) | |
| ) | |
| ) | |
| ) | |

PROOF OF SERVICE OF SUMMONS

Comes now Plaintiff, Frank VanArsdall, by counsel, and files his Proof of Service of Summons by CMRRR stating the following in support thereof:

1. Defendants were served via certified mail at Registered Agent for Carrington Mortgage Services, LLC, 1610 East St. Andrew Place, Santa Ana, CA  92705, with the Summons and a copy of the Complaint filed in the above referenced cause of action.

2. Copy of the summons, proof of service, and the return receipt are attached as Exhibit A to this pleading.

/s/ Syed Ali Saeed
Saeed & Little, LLP
Syed Ali Saeed ## 28759-49
1433 N. Meridian St. Suite 202
Indianapolis, IN 46202
Phone #: (317) 614-5741
Email: Ali@SLLawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2015, a copy of the foregoing was filed electronically. Notice of the filing will be sent by operation of the Court's electronic filing system to the following counsel.

No appearance has been filed by an opposing counsel

/s/ Syed Ali Saeed
Syed Ali Saeed (#28759-49)