# EXHIBIT A

# UNITES STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| **Frank VanArsdall** <br> *Plaintiff* | ) <br> ) <br> ) | CAUSE NO.: 15-cv-749-SEB-DML |
| v. | ) <br> ) | |
| **Carrington Mortgage Services, LLC** <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) | |

## SUMMONS

To: Carrington Mortgage Services, LLC
1610 E. St. Andrew Place
Santa Ana, CA 92705

    You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

    The nature of the suit against you is stated in the complaint, which is attached to this Summons. It all states the relief sought or the demand made against you by the plaintiff.

    An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

    If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

    If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (269-222), or the Marion County Bar Association Lawyer Referral Service (634-3950).

*CLERK OF COURT*, Laura A. Briggs

Dated: May 18, 2015

BY: *Daniel J. Habing*
*Deputy Clerk*

(The following manner of service

| | |
|---|---|
| \_\_\_x\_\_\_\_ | Registered or certified mail. |
| _____ | Service at place of employment, to-wit:_____ |
| _____ | Service on individual - (Personal or copy) at above address. |
| _____ | Service on agent. (Specify) _____ |
| _____ | Other Service. (Specify) _____ |

Saeed & Little, LLP  Telephone: 317-721-9214
1512 N. Delaware Street
Indianapolis, IN 46202

**SENDER: COMPLETE THIS SECTION**

- ☒ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ☒ Print your name and address on the reverse so that we can return the card to you.
- ☒ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Carrington Mortgage Services
   1610 E. St. Andrew Place
   Santa Ana, CA 92705

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail®   ☐ Priority Mail Express™
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7014 0150 0001 4967 1150

PS Form 3811, July 2013     Domestic Return Receipt